FILED
2016 APR 27 PM 2:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARIYA CHERNYKH,<br>TATIANA FAROOK, and<br>SYED RAHEEL FAROOK,<br><br>        Defendants. | ED CR No. 16- 292<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371 Conspiracy;<br>18 U.S.C. § 1546: Fraud and Misuse<br>of Visas, Permits, and Other<br>Documents; 18 U.S.C. § 1621:<br>Perjury; 18 U.S.C. § 1001(a)(2):<br>Material False Statements] |

UNDER SEAL

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing up to and including at least February 19, 2016, in Riverside County, California, within the Central District of California, and elsewhere, defendants MARIYA CHERNYKH ("CHERNYKH"), TATIANA FAROOK, and SYED RAHEEL FAROOK, and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit the following offenses against the United States:

1.   To knowingly make under oath a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, in violation of Title 18, United States Code, Section 1546(a); and

2.   To knowingly make under oath a false statement with respect to a material fact in violation of Title 18, United States Code, Section 1621.

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1.   A co-conspirator, Enrique Marquez, Jr., would agree to enter into a marriage with defendant CHERNYKH, who is defendant SYED RAHEEL FAROOK's sister-in-law, for the purpose of obtaining immigration benefits for CHERNYKH.

2.   Defendant CHERNYKH would pay Enrique Marquez, Jr. to marry her in order to obtain immigration benefits.

3.   Defendant TATIANA FAROOK, defendant CHERNYKH's sister, would aid E.M. and defendant CHERNYKH in obtaining and filing a license and certificate of marriage with the County of Riverside.

4.   Defendants SYED RAHEEL FAROOK and TATIANA FAROOK would sign the license and certificate of marriage purporting to be witnesses to Enrique Marquez, Jr. and defendant CHERNYKH's marriage.

5.   Defendant SYED RAHEEL FAROOK would aid Enrique Marquez, Jr. and defendant CHERNYKH in establishing a joint banking account.

1    6.    Defendant SYED RAHEEL FAROOK would create a fictitious

2  lease agreement purportedly establishing a joint residency for

3  Enrique Marquez, Jr. and defendant CHERNYKH.

4    7.    Defendant CHERNYKH and Enrique Marquez, Jr. would file

5  documents with the Department of Homeland Security, United States

6  Citizenship and Immigrations Services ("USCIS"), seeking status for

7  CHERNYKH to stay in the United States based on her marriage to

8  Enrique Marquez, Jr. in which they falsely represented that they

9  resided at an address on Forum Way in Corona, California ("the Forum

10  Way Address"), which was also defendants RAHEEL and TATIANA FAROOK's

11  address.

12    8.    Defendant SYED RAHEEL FAROOK would file documents with

13  USCIS offering to provide financial support for CHERNYKH, so that she

14  could be permitted to remain in the United States based on her

15  marriage to Enrique Marquez, Jr.

16    9.    Defendants CHERNYKH, TATIANA FAROOK, and Enrique Marquez,

17  Jr. would meet to prepare for Enrique Marquez, Jr. and defendant

18  CHERNYKH's immigration interview, to collect documents and items

19  purporting to support Enrique Marquez, Jr. and defendant CHERNYKH's

20  fraudulent marriage, and to purchase a wedding band for Enrique

21  Marquez, Jr.

22  C.    OVERT ACTS

23      In furtherance of the conspiracy and to accomplish the objects

24  of the conspiracy, defendants CHERNYKH, TATIANA FAROOK, SYED RAHEEL

25  FAROOK, and Enrique Marquez, Jr., and others known and unknown to the

26  Grand Jury, committed the following overt acts, among others, within

27  the Central District of California, and elsewhere:

28

Overt Act No. 1:    In or around November 2014, Enrique Marquez, Jr. agreed to marry defendant CHERNYKH so that she could obtain legal status to remain in the United States.

Overt Act No. 2:    On or about November 14, 2014, Enrique Marquez, Jr. obtained a valid California Driver License for the purpose of marrying defendant CHERNYKH.

Overt Act No. 3:    On November 15, 2014, defendant CHERNYKH and Enrique Marquez, Jr., accompanied by defendant SYED RAHEEL FAROOK, opened a Wells Fargo joint banking account ending in 5929 ("the Wells Fargo account") and listed an address located on Tomlinson Avenue in Riverside, California ("the Tomlinson Address") as their address of record.

Overt Act No. 4:    On November 25, 2014, Enrique Marquez, Jr. and defendant CHERNYKH obtained a marriage license in Riverside County, California.

Overt Act No. 5:    On or about November 29, 2014, Enrique Marquez, Jr. and defendant CHERNYKH each affirmed in writing on an official Riverside County certificate of marriage that they were married at a religious institution located in Corona, California.

Overt Act No. 6:    On or about November 29, 2014, defendant TATIANA FAROOK and defendant SYED RAHEEL FAROOK each signed an official Riverside County certificate of marriage that they were physically present at, and witnessed the marriage of, Enrique Marquez, Jr. and defendant CHERNYKH.

Overt Act No. 7:    On or about November 29, 2014, Enrique Marquez, Jr. and defendant CHERNYKH posed for photographs to create the false impression that he and defendant CHERNYKH had a legitimate marriage.

4

1    Overt Act No. 8:    On or about December 25, 2014, defendant

2  TATIANA FAROOK directed defendant CHERNYKH not to post photographs of

3  defendant CHERNYKH with the father of defendant CHERNYKH's child on

4  defendant CHERNYKH's social website.

5    Overt Act No. 9:    On or about July 17, 2015, Enrique Marquez,

6  Jr. signed a Form I-130, Petition for Alien Relative, indicating that

7  he was married to defendant CHERNYKH and was seeking resident status

8  in the United Sates for her.

9    Overt Act No. 10:    On or about July 17, 2015, Enrique Marquez,

10  Jr. submitted to USCIS a Form G-325A, Biographic Information, in

11  which he indicated that he had resided at the Tomlinson Address from

12  July 2005 to November 2014, and that from November 2014 to "Present

13  Time," he lived at the Forum Way Address.

14    Overt Act No. 11:    On or about July 17, 2015, defendant

15  CHERNYKH signed a Form I-485/Application to Register Permanent

16  Residence or Adjust Status, indicating that she was married to

17  Enrique Marquez, Jr. and seeking resident status in the United States

18  because of her marriage.

19    Overt Act No. 12:    On or about July 17, 2015, defendant SYED

20  RAHEEL FAROOK signed a Form I-864/Affidavit of Support, indicating

21  his financial support of defendant CHERNYKH, who was seeking resident

22  status in the United States.

23    Overt Act No. 13:    On or about September 18, 2015, defendant

24  SYED RAHEEL FAROOK signed a second Form I-864/Affidavit of Support,

25  indicating his financial support of defendant CHERNYKH, who was

26  seeking resident status in the United Sates.

27    Overt Act No. 14:    On or about September 28, 2015, defendant

28  CHERNYKH deposited $200 into the Wells Fargo account.

1    <u>Overt Act No. 15:</u>   On October 6, 2015, defendant TATIANA FAROOK
2    told Enrique Marquez, Jr. in an electronic message exchange to change
3    his address on his driver license to the Forum Way Address

4    <u>Overt Act No. 16:</u>   On or about October 28, 2015, defendant
5    CHERNYKH deposited $200 into the Wells Fargo account.

6    <u>Overt Act No. 17:</u>   In or around early November 2015, in an
7    electronic message exchange, Enrique Marquez, Jr. and defendant
8    CHERNYKH discussed their mutual anxiety for their upcoming
9    immigration interview due to the lack of contact with each other.

10   <u>Overt Act No. 18:</u>   On November 4, 2015, Enrique Marquez, Jr.
11   told defendant CHERNYKH that he was concerned about being imprisoned
12   for fraud after their upcoming immigration interview.

13   <u>Overt Act No. 19:</u>   On November 5, 2015, Enrique Marquez, Jr.
14   changed his address with the California Department of Motor Vehicles
15   to the Forum Way Address.

16   <u>Overt Act No. 20:</u>   On November 5, 2015, Enrique Marquez, Jr.
17   stated on his social media account that he was involved in terrorist
18   plots and he might go to prison for fraud.

19   <u>Overt Act No. 21:</u>   On November 21, 2015, Enrique Marquez, Jr.
20   obtained his driver license from defendant TATIANA FAROOK at the
21   Forum Way Address.

22   <u>Overt Act No. 22:</u>   On or about November 30, 2015, defendant
23   CHERNYKH deposited $200 into the Wells Fargo account.

24   <u>Overt Act No. 23:</u>   On or about November 30, 2015, in an
25   electronic message exchange, defendant CHERNYKH told defendant
26   TATIANA FAROOK that she planned to meet Enrique Marquez, Jr. at the
27   Forum Way Address the following day to prepare for their upcoming
28   immigration interview.

1     <u>Overt Act No. 24:</u>  On December 1, 2015, in an electronic

2 message exchange, defendant TATIANA FAROOK asked defendant SYED

3 RAHEEL FAROOK to create a lease agreement dating back to November 1,

4 2014 for Enrique Marquez, Jr. and defendant CHERNYKH at the Forum Way

5 Address.

6     <u>Overt Act No. 25:</u>  On or about December 1, 2015, defendant SYED

7 RAHEEL FAROOK created a lease agreement dating back to November 1,

8 2014 for Enrique Marquez, Jr. and defendant CHERNYKH at the Forum Way

9 Address.

10     <u>Overt Act No. 26:</u>  On December 1, 2015, defendant TATIANA

11 FAROOK accompanied defendant CHERNYKH to purchase a wedding ring for

12 Enrique Marquez, Jr. for $50 from a retail jewelry store located in

13 Riverside, California.

14     <u>Overt Act No. 27:</u>  On December 3, 2015, defendant TATIANA

15 FAROOK told Federal Agents that Enrique Marquez, Jr. and defendant

16 CHERNYKH were married in November 2014 and were living at the Forum

17 Way Address.

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. § 1546(a)]

On or about July 17, 2015, in Riverside County, within the Central District of California, defendant MARIYA CHERNYKH ("defendant CHERNYKH") knowingly made under oath, and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and knowingly presented such application, affidavit, and other document which contained such false statement and which failed to contain any reasonable basis in law or fact. Specifically, on or about July 17, 2015, defendant CHERNYKH knowingly signed, under penalty of perjury, a Form I-485/ Application to Register Permanent Residence or Adjust Status, knowing of its content and knowing that it would be submitted to United States Citizenship and Immigration Services. On that petition, defendant CHERNYKH knowingly certified, under oath, false statements with respect to a material fact, specifically, that the address for both her and her spouse, Enrique Marquez, Jr., was the same address on Forum Way in Corona, California ("Forum Way Address"). As defendant CHERNYKH then well knew, this statement was false because defendant CHERNYKH knew that neither she nor Enrique Marquez, Jr. resided at the Forum Way Address.

8

## COUNT THREE

[18 U.S.C. § 1621]

On or about July 17, 2015, in Riverside County, within the Central District of California, defendant MARIYA CHERNYKH ("CHERNYKH"), did submit a Form I-485/ Application to Register Permanent Residence or Adjust Status, knowing of its content and knowing that it would be submitted to United States Citizenship and Immigration Services, which was executed by defendant CHERNYKH under penalty of perjury under the format of Section 1746 of Title 28, United States Code, in which she did willfully and knowingly state a material matter which she did not believe to be true, that is, that the address for both her and her spouse, Enrique Marquez, Jr., was the same address on Forum Way in Corona, California ("Forum Way Address").  In fact, as defendant CHERNYKH then well knew, defendant CHERNYKH did not reside at the Forum Way Address, all in violation of Title 18, United States Code, Section 1621.

COUNT FOUR

[18 U.S.C. § 1001(a)(2)]

On or about December 9, 2015, in Riverside County, within the Central District of California, defendant MARIYA CHERNYKH ("CHERNYKH") knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant CHERNYKH told agents from the FBI that she and her spouse, Enrique Marquez, Jr., resided at the same address on Forum Way in Corona, California, between in or around November 2014 and December 2, 2015, whereas, in truth and fact, as defendant CHERNYKH then knew, she resided with her child and an adult male other than Enrique Marquez, Jr. at an address on Plum Drive in Ontario, California, during the time period between in or around November 2014 and December 2, 2015.

COUNT FIVE

[18 U.S.C. § 1001(a)(2)]

On or about February 19, 2016, in Riverside County, within the Central District of California, defendant MARIYA CHERNYKH ("CHERNYKH") knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant CHERNYKH told agents from the FBI that she and her spouse, Enrique Marquez, Jr., resided at the same address on Forum Way in Corona, California, between in or around November 2014 and December 2, 2015, whereas, in truth and fact, as defendant CHERNYKH then knew, she resided with her child and an adult male other than Enrique

///

///

///

1    Marquez, Jr. at an address on Plum Drive in Ontario, California,

2    during the time period between in or around November 2014 and

3    December 2, 2015.

4                                       A TRUE BILL

5

6                                       _____
                                        Foreperson
7

8    EILEEN M. DECKER
     United States Attorney
9

10

11   PATRICIA A. DONAHUE
     Assistant United States Attorney
12   Chief, National Security Division

13   CHRISTOPHER D. GRIGG
     Assistant United States Attorney
14   Chief, Terrorism and Export
     Crimes Section
15

16   JAY H. ROBINSON
     Assistant United States Attorney
17   Deputy Chief, Terrorism and
     Export Crimes Section

18   MELANIE SARTORIS
     MIEKE B. TARWATER
19   Assistant United States Attorneys
     Terrorism and Export Crimes
20   Section

21

22

23

24

25

26

27

28