

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**ORIGINAL**

UNDER SEAL

Case Number: **CR 16-00292**
Defendant Number: **3**
U.S.A. v. **Syed RAHEEL FAROOK**
Year of Birth: [redacted]

2016 APR 27 PM 2:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.): **FBI**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as N/A.

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: Unknown date to o/a February 19, 2016

c. County in which first offense occurred: Riverside County

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[ ] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[✓] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other ___

Citation of Offense: 18 USC 371

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes
IF YES   Case Number ___

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   U.S. v. Enrique Marquez, Jr., ED CR No. 15-93-JGB

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number: N/A
Charging: N/A

The complaint:   [ ] is still pending
[ ] was dismissed on: N/A

### PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes
IF YES, provide, Name: N/A
Phone Number: N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No
This is the ___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: N/A
Case Number: N/A
The superseded case:
[ ] is still pending before Judge/Magistrate Judge N/A
[ ] was previously dismissed on: N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect: N/A

**OTHER**
- [x] Male
- [ ] Female
- [ ] U.S. Citizen
- [ ] Alien

Alias Name(s): N/A

This defendant is charged in:
- [ ] All counts
- [x] Only counts: Count 1

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?
- [ ] Yes
- [x] No

IF YES, should matter be sealed?
- [ ] Yes
- [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [x] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:
- a. Date and time of arrest on complaint: N/A
- b. Posted bond at complaint level on: N/A
- in the amount of $ N/A
- c. PSA supervision? [ ] Yes [x] No
- d. Is on bail or release from another district: N/A

Defendant is **in** custody:
- a. Place of incarceration: [ ] State [ ] Federal
- b. Name of Institution: N/A
- c. If Federal: U.S. Marshal's Registration Number: N/A
- d. [ ] Solely on this charge. Date and time of arrest: N/A
- e. On another conviction: [ ] Yes [x] No
  - IF YES: [ ] State [ ] Federal [ ] Writ of Issue
- f. Awaiting trial on other charges:: [ ] Yes [x] No
  - IF YES: [ ] State [ ] Federal AND
  - Name of Court: N/A
- Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 04/26/2016

Signature of Assistant U.S. Attorney

JAY H. ROBINSON
Print Name