Name & Address:
JAY H. ROBINSON (California Bar No. 230015)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
3403 Tenth Street, Suite 200
Riverside, California 92501

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>MARIYA CHERNYKH<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR 16-292-JGB-1<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application for Order Sealing Document
[PROPOSED] Order Sealing Document
Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

____________________
Date

____________________
Attorney Name

____________________
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*