# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR16-00292-JGB Date: January 10, 2017

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| Maynor Galvez | Adele C. Frazier | n/a | J. Robinson/D. Eliot/M. T |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| SYED RAHEEL FAROOK | Ron M. Cordova |
| ☐ Custody ☑ Bond ☐ O/R | ☐ Appointed ☑ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS: CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.

☑ Defendant now enters a new and different plea of Guilty to Count(s) ONE of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to NOVEMBER 13, 2017, AT 2:00 P.M. for sentencing.

☑ The Court vacates the court and/or jury trial date.

☑ The pretrial conference set for March 13, 2017 is off calendar as to defendant Syed Raheel Farook .

☑ Court orders:
The Plea Agreement is amended by interlinieation as stated on the record.

☐ Other:

: 45

Initials of Deputy Clerk MG

cc: *Probation Office*