# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR16-00292-JGB-1 Date: January 26, 2017

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| M. Galvez/I. Vazquez | Adele C. Frazier | N/A | Jay Robinson |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Mariya Chernykh<br>☐ Custody ☑ Bond ☐ O/R | David J. P. Kaloyanides<br>☑ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS: CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.

☑ Defendant now enters a new and different plea of Guilty to Count(s) One, Three, Four and Five of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to November 20, 2017 at 2:00 p.m. for sentencing.

☑ The Court vacates the court and/or jury trial date.

☑ The pretrial conference set for 3/13/2017 is off calendar as to defendant Mariya Chernykh .

☐ Court orders:

☐ Other:

- : 43

Initials of Deputy Clerk MG/IV

cc: *Probation Office*