Name & Address:
JAY H. ROBINSON (Cal. Bar No. 230015)
Assistant United States Attorney
Riverside Branch Office
3403 Tenth Street, Suite 200
Riverside, California 92501

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) | CASE NUMBER: CR 16-292-JGB-2 |
| v. | |
| TATIANA FAROOK, DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application to Seal
Proposed Order to Seal
Document

**Reason:**

- ☑ Under Seal
- ☐ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ____________________
- ☐ Other:

February 3, 2017
Date

/S/ JAY H. ROBINSON
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*