# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR16-00292-JGB-2          Date: February 9, 2017

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| M. Galvez/I. Vazquez | Adele C. Frazier | N/A | Jay Robinson |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Tatiana Farook
☐ Custody  ☑ Bond  ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Dyke E. Huish
☐ Appointed  ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One of the Indictment.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to November 13, 2017 at 2:00 p.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for March 13, 2017 is off calendar as to defendant Tatiana Farook.
☐ Court orders:

☐ Other:

                                                                                    - : 42
                                                                 Initials of Deputy Clerk  MG/IV

cc:  Probation Office

CR-08 (09/09)          **CRIMINAL MINUTES - CHANGE OF PLEA**