SANDRA R. BROWN
Acting United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (California Bar No. 230015)
MELANIE SARTORIS (California Bar No. 217560)
DEIRDRE Z. ELIOT (California Bar No. 145007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    3403 Tenth Street
    Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6267
              (213) 894-5615
              (714) 338-3599
    Facsimile: (951) 276-6202
              (213) 894-7631
              (714) 338-3561
    E-mail:   jay.robinson@usdoj.gov
              melanie.sartoris@usdoj.gov
              deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MARIYA CHERNYKH, et al.,<br>-2) TATIANA FAROOK<br>-3) SYED RAHEEL FAROOK<br><br>      Defendants. | No. CR 16-292-JGB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>**SENTENCING DATE: November 13, 2017**<br><br>**[PROPOSED] SENTENCING DATE: March 19, 2018** |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Jay H. Robinson, Melanie Sartoris, and Deirdre Z. Eliot, and defendant TATIANA FAROOK, by and through her counsel of record, Mr. Dyke Huish, Esq., and

defendant SYED RAHEEL FAROOK, by and through his counsel of record, Mr. Ron Cordova, Esq., hereby stipulate as follows:

    1.    The Indictment in this case was filed on April 27, 2016. Defendants first appeared before a judicial officer of the court in which the charges in this case were pending on April 28, 2016. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before July 7, 2016.

    2.    On January 10, 2017, defendant SYED RAHEEL FAROOK pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy. On February 9, 2017, defendant TATIANA FAROOK pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy. The Court set defendants' sentencing for November 13, 2017. Defendants are out of custody on bond pending sentencing.

    3.    By this stipulation, the parties respectfully move to continue the sentencing hearing from November 13, 2017, to March 19, 2018.

    4.    Defendants need additional time to prepare their written

///
///
///

sentencing positions and believe it is in their best interests to seek a continuance.

    5.    The government does not object to this request.

    IT IS SO STIPULATED.

Dated: November 6, 2017    Respectfully submitted,

    SANDRA R. BROWN  
    Acting United States Attorney

    PATRICK R. FITZGERALD  
    Assistant United States Attorney  
    Chief, National Security Division

    */s/ Jay H. Robinson*  
    JAY H. ROBINSON  
    MELANIE SARTORIS  
    DEIRDRE Z. ELIOT  
    Assistant United States Attorneys

    Attorneys for Plaintiff  
    UNITED STATES OF AMERICA

Dated: November 3, 2017    */s/ by electronic authorization*  
    DYKE HUISH  
    Attorney for Defendant  
    TATIANA FAROOK

Dated: November 3, 2017    */s/ by electronic authorization*  
    RON CORDOVA  
    Attorney for Defendant  
    SYED RAHEEL FAROOK