SANDRA R. BROWN
Acting United States Attorney                           CC: PSA, USPO
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (California Bar No. 230015)
MELANIE SARTORIS (California Bar No. 217560)
DEIRDRE Z. ELIOT (California Bar No. 145007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6267
                (213) 894-5615
                (714) 338-3599
     Facsimile: (951) 276-6202
                (213) 894-7631
                (714) 338-3561
     E-mail:    jay.robinson@usdoj.gov
                melanie.sartoris@usdoj.gov
                deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292-JGB-2&3 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIYA CHERNYKH, et al.,<br>-2) TATIANA FAROOK<br>-3) SYED RAHEEL FAROOK | |
| Defendants. | |

///

///

///

///

///

1    For the reasons contained in the parties' stipulation filed
2 herewith, it is hereby ORDERED that the sentencing hearings for
3 defendants TATIANA FAROOK and SYED RAHEEL FAROOK are continued to
4 March 19, 2018 at 2:00 p.m.
5    IT IS SO ORDERED.

 November 6, 2017
DATE                              HONORABLE JESUS G. BERNAL
                                  UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Jay H. Robinson
JAY H. ROBINSON
Assistant United States Attorney